IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES ASHFORD**                                                                                        **PLAINTIFF**
*#133975*

v.                                    **CASE NO. 4:24-CV-00900-BSM**

**FREDRICK R. KINGDOM, JR.,** *et al.*                                                          **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted. Charles Ashford's *in forma pauperis* motions [Doc. Nos. 1, 4] are denied and Ashford's complaint [Doc. No. 2] and amended complaint [Doc. No. 5] are dismissed without prejudice. See 28 U.S.C. § 1915(g). If Ashford wishes to proceed, he must submit both the $405 filing fee to the Clerk, noting the case style and number, and a motion to reopen the case within fifteen days. An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 15th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE