IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES ASHFORD**                                                                **PLAINTIFF**
*#133975*

v.                               CASE NO. 4:24-CV-00900-BSM

**FREDRICK R. KINGDOM, JR.,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE